Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA RAUTH, as Widow, for Herself and Minor Children for the Death of JOHN RAUTH, for Compensation under the Workmen's Compensation Law, Respondent, v. CHARLES SCHAEFER & SON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed on the ground that there is no proof that the accidental injury created a weakened condition, or that a weakened condition thus occasioned existed when the disease of pneumonia was contracted, or that there existed any causal relation between the accidental injury and the death. All concur, except John M. Kellogg, P. J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LESLIE A. WOODCOCK, Appellant, for Compensation under the Workmen's Compensation Law, v. THE TEMPLE BROTHERS, Employer, and THE FIDELITY AND CASUALTY INSURANCE COMPANY, Insurance Carrier, Respondents.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MICHAEL BRADY, for Compensation under the Workmen's Compensation Law, Respondent, v. ATLANTIC BASIN IRON WORKS, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. DELLA WESSING, Widow of LAWRENCE WESSING, Deceased, for Compensation under the Workmen's Compensation Law, Respondent, v. ONEITA KNITTING MILLS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES VAN SCHOICK, for Compensation under the Workmen's Compensation Law, Respondent, v. THE FELTERS Co., INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concur, except Kiley, J., dissenting on authority of *Kade* v. *Greenhut Co., Inc.* (193 App. Div. 862).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by WILLIAM MAHONEY, Respondent, v. BLACK & WHITE & TOWN TAXIS, INC., Employer and Self-Insurer, Appellant.— Award unanimously · affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISAAC J. PETERSON for Compensation under the Workmen's